UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELL,<br><br>         Plaintiff,<br><br>   v.<br><br>DARRYL MILBURN,<br><br>         Defendant. | Case No.16-cv-05902-JSC<br><br>**ORDER RELATING CASES AND ADVISING PLAINTIFFS RE: LEGAL HELP CENTER** |
| ROSE EVERETTE,<br><br>         Plaintiff,<br><br>   v.<br><br>DARRYL MILBURN,<br><br>         Defendant. | Case No.16-cv-05935-JSC |

   Defendant's Administrative Motion to Relate the above-captioned actions is now pending before the Court.  (Dkt. No. 9.)  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest-filed action, *Bell v. Milburn*, No. 16-5902 JSC, the Court finds that the more recently filed case, *Everett v. Milburn*, No. 16-5935 EDL, is related and shall reassigned to the undersigned judge.  The parties are instructed that all future filings in these cases shall bear the initials **JSC** immediately after the case number.  Although the cases have been related, each Plaintiff, Ms. Bell and Ms. Everette, is responsible for pursuing her own claims.

   As both Ms. Bell and Ms. Everette are proceeding pro se, the Court strongly encourages them each to visit the Legal Help Center for free legal assistance regarding their claims.  The Legal Help Center has offices in San Francisco and Oakland:

**San Francisco Legal Help Center**
United States Courthouse
450 Golden Gate Avenue
15th Floor, Room 2796
San Francisco, CA 94102
Appointment line: 415-782-8982

**Oakland Legal Help Center**
United States Courthouse
1301 Clay Street
4th Floor, Room 470S
Oakland, CA 94612
Appointment line: 415-782-8982

Defendant has filed a motion to dismiss in each case.  Plaintiffs may discuss how to respond to the motion to dismiss with the Legal Help Center.  The briefing schedule for both motions is reset as follows: each Plaintiff shall separately file an opposition or statement of non-opposition to the motion by November 23, 2016 and Defendant may file a reply by November 30, 2016.  The hearing on the motions is scheduled for December 15, 2016 at 2:00 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

Finally, because this action has been randomly assigned to the undersigned magistrate judge, by statute Plaintiffs must affirmatively consent to the jurisdiction of a magistrate judge. The Clerk shall include the form for consenting or declining to consent to the jurisdiction of a magistrate judge with this Order.

**IT IS SO ORDERED.**

Dated: October 27, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge